( No. 01-14-00910-CB )

IN THE COURT of Criminal Appeals
of TEXAS

PD-1474-15

FILED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta, Clerk

Jose M. Ramos     S     THE STATE of

S          TEXAS

S

MOTION to suspend Rule 9.3 (b) of the Texas Rules
of Appellate Procedure

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta, Clerk

To the Honorable Justices of the Court of Criminal
Appeals: Comes Now, Jose M. Ramos (Appellant, pro se)
and respectfully moves before this Court, IN reference
to the above cause Numbers, his request that Rule
9.3 (b) be suspended and will show following:

I. Rule 9.3 (b) of the Tex Rules of App Proc. (TRAP)
requires "A party must file the original and 11 copies
of any document addressed to either the Supreme
Court or the Court of Criminal Appeals"...

II. The Appellant stresses that he has no means of
acquiring the eleven copies, as the unit Law library,
McConnell unit, where appellant is housed do not allow
its machines to be used, or copies to be provided to or
by inmates..

III. The Appellant will also aver correspondence between
family and himself is very limited with very little
guarantee that copier can be attained.

## Conclusion

Appellant has no avenue of attaining the eleven copies Rule 9.3(b) requires.

## Prayer

Wherefore, all things considered, Jose M. Ramos pro se "prays" this court grant this motion to suspend Rule 9.3(b) of the Texas Rules of Appellate Procedure and allow appellant of proceed in this court his Petition for Discretionary Review.

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing instrument has been delivered to the Harris County District Attorney by epositing same in the U.S mail on the 9 day of November, 2015.

I hereby cerify that a true and correct copy of the above and foregoing instrument has been delivered to the State Prosecuting Attorney, P.O Box 12405, Austin, Texas 78711 by U.S mail this the 9 day of November, 2015.

Jose M. Ramos

Jose M. Ramos

TDCJ # 1964386

McConnell Unit

3001 S. Emily Dr.

Beeville Tx, 78102